**Kenneth CHARRON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 61251.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 8, 1992.

Elizabeth Haines, St. Louis, for appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

The denial of Movant's Rule 29.15 motion is affirmed. Movant has previously filed a Rule 27.26 motion. And, a Rule 29.15 motion may not be used to present newly discovered evidence.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. An extended opinion would have no prece-

dential value. Affirmed under Rule 84.16(b).

**Ronald Lawrence HENDRICKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 61225.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 8, 1992.

Lee R. Elliott, Troy, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion. We affirm per Rule 84.16(b). The denial is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.